IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENCAP INSURANCE SERVICES INC.**                                          **PLAINTIFF**
*formerly known as M.J. Kelly of Arkansas Inc.*

v.                        CASE NO. 4:24-CV-00393-BSM

**TONI FRAZIER INSURANCE AGENCY LLC**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE